UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>    Plaintiff,<br><br>v.<br><br>GUYLER TULP,<br><br>    Defendants. | 1:06-CV-00091-REC-DLB-P<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS AS MOOT<br>(DOCUMENT #9) |

    Plaintiff is a prisoner proceeding pro se with a civil rights case pursuant to 42 U.S.C. § 1983. On April 6, 2006 plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Due to the fact that on April 4, 2006, the Court granted plaintiff's previous application to proceed in forma pauperis , IT IS HEREBY ORDERED that plaintiff's application to proceed in forma pauperis is DISREGARDED as moot.

    IT IS SO ORDERED.

**Dated:** **May 18, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                                            UNITED STATES MAGISTRATE JUDGE