IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ELONZA J. TYLER,** | Case Number: 1:06-cv-00091 LJO DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF ADMISSIONS AND INTERROGATORIES** |
| v. | |
| **G. TULP, et al.,** | |
| Defendants. | (Document #22) |

Defendant is granted an extension of time through December 3, 2007, within which to respond to Plaintiff's first set of admissions and interrogatories.

IT IS SO ORDERED.

**Dated:   November 26, 2007**                                  **/s/ Dennis L. Beck**
                                                                                UNITED STATES MAGISTRATE JUDGE

1