IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | 1:06-cv-00091-LJO-DLB-(PC) |
|     Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO |
|     vs. | MOTION FOR SUMMARY JUDGMENT |
| G. TULP, | (DOCUMENT #28) |
|     Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2008, plaintiff filed a motion to extend time to respond to motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to motion for summary judgment .

    IT IS SO ORDERED.

    Dated:   **March 6, 2008**          **/s/ Dennis L. Beck**
                                                                       UNITED STATES MAGISTRATE JUDGE