# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA J. TYLER,<br><br>              Plaintiff,<br><br>   v.<br><br>G. TULP,<br><br>              Defendant. | CASE No.: 1:06-cv-00091 LJO DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRE-TRIAL CONFERENCE AND TRIAL<br><br>(Doc. 24) |

Plaintiff Elonza Tyler ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed January 27, 2006, against defendant Tulp ("defendant") for retaliation. On December 7, 2007, plaintiff filed notice of motion and motion for a pre-trial conference and trial. (Doc. 24).

Although plaintiff states that he is ready for trial, still pending before the court is defendant's motion for summary judgment. (Doc. 25). If and when this matter becomes ready for trial, the court will issue a Second Scheduling Order setting a telephonic trial confirmation hearing date and trial date. Plaintiff's motion is premature and is therefore DENIED.

IT IS SO ORDERED.

Dated:   **June 30, 2008**              /s/ **Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE