UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA J. TYLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> G. TULP, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 1:06-cv-00091 LJO DLB P <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, THUS CONCLUDING THIS ACTION IN ITS ENTIRETY <br><br> (Doc. 25) |

Plaintiff Elonza Jesse Tyler, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 30, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 30, 2008, is adopted in full; and

2. Defendant's motion for summary judgment, filed January 22, 2008, is GRANTED, thus concluding this action in its entirety.

IT IS SO ORDERED.

Dated:   August 12, 2008                         /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE